Stephen LE BID, Dorothy M. Le Bid, Plaintiffs–Appellees,

v.

Sally HANSON, Revenue Agent for the Internal Revenue Service; Steven Fite, Group Manager, II Service, Defendants–Appellants.

No. 88–15544.

United States Court of Appeals, Ninth Circuit.

May 9, 1990.

Before POOLE, NELSON and WIGGINS, Circuit Judges.

ORDER

The Opinion filed January 30, 1990 is hereby WITHDRAWN.